IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPRINT NEXTEL CORPORATION,

    Plaintiff,

  v.

THUC NGO,

    Defendant.

_____/

No. C 12-02764 CW

<u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u>

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for expedited discovery, the motion to preserve evidence, and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearings noticed for Thursday, July 19, 2012, are vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/13/2012

                                     CLAUDIA WILKEN
                                     United States District Judge

cc: MagRef