IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT NEXTEL CORPORATION, a Kansas Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>THUC NGO d/b/a TONY BUY iPHONE, an individual,<br><br>        Defendant.<br>_____/ | No. C 12-2764 CW<br><br>ORDER REGARDING DEFAULT AND VACATING JULY 19, 2012 HEARING ON DEFENDANT'S MOTION FOR A PRELIMINARY INJUNCTION |

Default having been entered by the Clerk on July 5, 2012,

IT IS HEREBY ORDERED that Plaintiff Sprint Nextel Corporation shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to Magistrate Judge Laporte, pursuant to Civil Local Rule 72-1, to be heard and considered at the convenience of her calendar.  In addition, Plaintiff's motion for preliminary injunction, Docket No. 17, is referred to Magistrate Judge Laporte for consideration in connection with the motion for default judgment.  The July 19, 2012 hearing on the motion before the undersigned is vacated.  The Magistrate Judge shall prepare findings and recommendations on both motions.

IT IS FURTHER ORDERED that the Case Management Conference previously set for August 1, 2012 is continued to October 24, 2012.

Dated: July 5, 2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef