IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THUC NGO, an individual doing business as Tony Buy iPhone,<br><br>    Defendant.<br>_____/ | No. C 12-2764 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

IT IS HEREBY ORDERED that is motion for default judgment is GRANTED with respect to all claims except Plaintiff's claim for violation of CFAA and for unjust enrichment.  The Court further grants plaintiff's relief for a permanent injunction and leave to conduct post-judgment discovery.  The Clerk shall enter judgment in accordance with the Report and Recommendation.


Dated: 10/9/2012

CLAUDIA WILKEN
United States District Judge

cc: EDL; MagRef