IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT NEXTEL CORP.,<br><br>          Plaintiff,<br><br>     v.<br><br>THUC NGO d/b/a TONY BUY IPHONE,<br><br>          Defendant.<br>_____/ | No. C 12-2764 CW<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CIVIL AND CRIMINAL CONTEMPT (Docket No. 52) |

On March 18, 2013, Plaintiff Sprint Nextel Corporation moved for an order to show cause why Defendant Thuc Ngo should not be held in civil and criminal contempt for his failure to comply with this Court's October 9, 2012 order. Docket No. 52. Plaintiff submitted evidence with its motion that Defendant has continued to solicit and purchase Sprint cellphones in direct violation of the Court's injunction.

Accordingly, Defendant is ORDERED TO APPEAR before this Court at 2:00 p.m. on May 30, 2013 in Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California. At that hearing, Defendant must show cause why he should not be held in civil and criminal contempt for violating the October 2012 injunction barring him from soliciting, purchasing, and selling Sprint cellphones. If Defendant fails to appear at the hearing, he will be held in contempt and monetary sanctions will be imposed.

IT IS SO ORDERED.

Dated: 4/30/2013

CLAUDIA WILKEN
United States District Judge