IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT NEXTEL CORP., | No. C 12-2764 CW |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT SUPPLEMENTAL MATERIALS RE: SANCTIONS |
| v. | |
| THUC NGO d/b/a TONY BUY IPHONE, | |
| Defendant. | |

On March 18, 2013, Plaintiff Sprint Nextel Corporation moved for an order to show cause why Defendant Thuc Ngo should not be held in civil and criminal contempt.  In its motion, Plaintiff requested that the Court impose various compensatory and punitive sanctions upon Defendant for violating the October 9, 2012 injunction.  Plaintiff's showing is deficient in several ways.  The Court therefore allows Plaintiff to submit supplemental documentation to support its request for sanctions.

Specifically, Plaintiff shall submit: (1) an itemized billing statement to support its request for attorneys' fees and costs; (2) an itemized billing statement to justify its request for investigative costs; (3) sworn evidence, from a person with personal knowledge, documenting how many Sprint cellphones Defendant has purchased since the injunction issued and explaining how it calculated its claimed damages.[1]  In addition, Plaintiff shall submit a supplemental brief, not to exceed two pages,

---

[1] The declarations Plaintiff previously submitted do not provide sufficient details for the Court to determine whether Plaintiff's request for compensatory sanctions is reasonable or accurate.

describing in greater detail the nature of the coercive sanctions it seeks and explaining how and why such sanctions should be imposed.  All of these materials must be filed by May 23, 2013.

IT IS SO ORDERED.

Dated: 4/30/2013

CLAUDIA WILKEN
United States District Judge