IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT NEXTEL CORP., <br><br> Plaintiff, <br><br> v. <br><br> THUC NGO d/b/a TONY BUY IPHONE, <br><br> Defendant. <br> _____/ | No. C 12-2764 CW <br><br> ORDER STRIKING SUPPLEMENTAL DECLARATION OF JOSEPH S. BELICHICK (Docket Nos. 64-1 & 66-1) |

In support of its motion for sanctions, Plaintiff Sprint Nextel Corporation has filed two copies of a transcript of Defendant Thuc Ngo's deposition. See Docket No. 64-1, Declaration of Joseph S. Belichick, Ex. 1; Docket No. 66-1, Supplemental Declaration of Joseph S. Belichick, Ex. 1. Because Plaintiff failed to redact Defendant's private information from the deposition transcript as required by Federal Rule of Civil Procedure 5.2, the Court has stricken these filings and removed them from the docket. Plaintiff is directed to re-file each document within one day of this order after redacting Defendant's social security number, date of birth, and phone number, which appear on pages 46 and 47 of the deposition transcript.

IT IS SO ORDERED.

Dated: 5/29/2013

CLAUDIA WILKEN
United States District Judge