**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPRINT NEXTEL CORPORATION,

      Plaintiff,

  v.

THUC NGO, an individual doing
business as Tony Buy iphone,

      Defendant.

_____/

No. C 12-02764 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the

motion for default judgment for damages filed in the above-

captioned case is referred to Magistrate Judge Laporte.  The

hearing noticed for Thursday, February 6, 2014, is vacated.

Counsel will be advised of the date, time and place of appearance

by notice from Magistrate Judge Laporte.

Dated: 12/27/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef; EDL