IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPRINT NEXTEL CORPORATION,

        Plaintiff,

   v.

THUC NGO, an individual doing business as Tony Buy iphone,

        Defendant.
                            /

No. C 12-02764 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for default judgment for damages filed in the above-captioned case is referred to Magistrate Judge Laporte.  The hearing noticed for Thursday, February 6, 2014, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Laporte.

Dated: 12/27/2013

                      CLAUDIA WILKEN
                      United States District Judge

cc: MagRef; EDL